# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140140

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHERMAN BELL,
      Defendant-Appellant.

SC: 140140
COA: 293659
Wayne CC: 88-002260

_____/

On order of the Court, the application for leave to appeal the October 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

0517